IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Case Number 10-cv-00219-bbc |
| DUERST FARM LLC, | ) |
| KENT PAUL DUERST, and | ) |
| THE BANK OF NEW GLARUS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

The above matter coming on to be heard before the above Court,

Honorable Barbara B. Crabb, Chief United States District Judge for the Western District

of Wisconsin, presiding without a jury, on the 11th day of August, 2010, the plaintiff,

United States of America ("Plaintiff"), having appeared by its attorney, the Office of the

United States Attorney for the Western District of Wisconsin, and no appearance having

been made on behalf of any of the defendants herein except as may be noted on the

record; and it appearing by the declaration of Megan McDermott, Assistant

United States Attorney, Office of the United States Attorney, on file herein, that all of

the defendants are in default, except as may be set forth in said declaration; and the

Clerk having entered the default of Defendants Duerst Farm LLC and Kent Paul Duerst;

and it further appearing that Plaintiff and Defendant The Bank of New Glarus have

entered a stipulation for judgment; and it further appearing that due notice of application for judgment has been made to each of the defendants, and that a certificate of service by mail was filed with the Clerk of the United States District Court for the Western District of Wisconsin; and the Court having heard the testimony and fully advised in the premises, therefore makes and files the following findings of fact and conclusions of law constituting its decision in this action.

### Findings of Fact

1.    The allegations of the complaint are proven and true.

2.    There is now due and unpaid on the notes, security agreement, financing statement, and statement of continuation as of the 11th day of August, 2010, the following sum:

> SEE ATTACHMENT "A".

3.    No proceedings have been had at law or otherwise for the recovery of the sums secured by said notes, security agreement, financing statement, and statement of continuation.

4.    The items of security are described as follows:

> SEE ATTACHMENT "B".

5.    Plaintiff is entitled to immediate possession of the items of security on which Farm Service Agency has a security interest, set out in the complaint on file herein, as listed below:

> SEE ATTACHMENT "B".

2

6. Defendant The Bank of New Glarus has a first priority lien in the following personal property and equipment of Defendant Kent Paul Duerst:

> Gehl 4600 serial 2411 skidloader
> 1972 Alice-Chalmers 220 factory cab 2743 tractor
> 1972 Alice-Chalmers 220 2626 tractor
> 1961 Alice-Chalmers D15 Series 1 2360 tractor
> Alice Chalmers 18 foot field cultivator

Pursuant to the stipulation between The Bank of New Glarus and the United States dated July 16, 2010, The Bank of New Glarus consents to judgment as prayed for in the complaint provided the proceeds of the sale of the items specified in this paragraph shall be paid first to Defendant Bank of New Glarus up to the amounts owing under the Bank's note dated April 30, 2009, then to Plaintiff.

### Conclusions of Law

1. Plaintiff is entitled to judgment of foreclosure and sale in the usual form, as prayed for in Plaintiff's complaint, and in accordance with the above findings of fact.

2. The complaint in the above action was duly served on each of the defendants herein as set forth in the declaration of Megan McDermott, Assistant United States Attorney, Office of the United States Attorney, on file herein; the time for answering said complaint has expired; no answer or other response or appearance has been served on or received by Plaintiff's attorney from Defendants Kent Paul Duerst and Duerst Farm LLC; and Plaintiff and Defendant The Bank of New Glarus have entered a stipulation for judgment on terms set forth in paragraph 8 herein.

3. Plaintiff is entitled to recover from Defendants Kent Paul Duerst and Duerst Farm LLC the following sum:

3

SEE ATTACHMENT "A".

4.  The items of security may be sold individually or as a whole at a public or private sale.

5.  Deficiency judgment is not being sought in this action.

6.  Sale of the items of security listed in Attachment B shall be conducted by or under the direction of the United States Marshal for the Western District of Wisconsin or Farm Service Agency.

7.  Defendants and their heirs, respectively, and all persons claiming under them or any of them, be forever barred and foreclosed of all right, title, interest, and equity of redemption in said items of security so sold except as provided in Paragraph 8.

8.  Defendant The Bank of New Glarus has a first priority lien in the following personal property and equipment of Defendant Kent Paul Duerst:

> Gehl 4600 serial 2411 skidloader
> 1972 Alice-Chalmers 220 factory cab 2743 tractor
> 1972 Alice-Chalmers 220 2626 tractor
> 1961 Alice-Chalmers D15 Series 1 2360 tractor
> Alice Chalmers 18 foot field cultivator

Pursuant to the stipulation between The Bank of New Glarus and the United States dated July 16, 2010, The Bank of New Glarus consents to judgment as prayed for in the complaint provided the proceeds of the sale of the items specified in this paragraph shall be paid first to Defendant The Bank of New Glarus up to the amounts owing under the Bank's note dated April 30, 2009, then to Plaintiff.

4

Now, on application of the Office of the United States Attorney for the Western District of Wisconsin, attorney for Plaintiff,

IT IS ORDERED, that judgment of foreclosure and sale of said items of security, in the usual form as provided by and in accordance with the above findings of fact and conclusions of law, be entered in this action.

Dated this ___11ᵗʰ___ day of August, 2010.

BY THE COURT:

BARBARA B. CRABB
Chief United States District Judge
Western District of Wisconsin

5

**ATTACHMENT A**

UNITED STATES OF AMERICA v. DUERST FARM LLC, et al.
Case Number 10-cv-00219-bbc

a.  Principal as of August 11, 2010          $158,994.64

b.  Interest as of August 11, 2010          $ 33,683.36

    Subtotal                                                $192,678.00

c.  Court Costs and Disbursements:

    (1)  Attorney's Fees           $     200.00
    (2)  Marshal's Fees            $     192.00

    Subtotal:                                        $     392.00

**TOTAL AS OF AUGUST 11, 2010                         $193,070.00**

## ATTACHMENT B

## UNITED STATES OF AMERICA v. DUERST FARM LLC, et al.
Case Number 10-cv-00219-bbc

## LIST OF ITEMS OF SECURITY

   A.  All crops, annual and perennial, and other plant or farm products now planted, growing or grown, or harvested or which are planted after this instrument is signed or otherwise become growing or harvested crops or other plant products (a) within the one-year period or any longer period of years permissible under State law, or (b) at any time after this instrument is signed if no fixed maximum period is prescribed by State law, including the crops and plant products now planted, to be planted, growing or grown or harvested on the following described real estate:

| (1)<br>Farm(s) or Other Real Estate<br>*Owner | (2)<br>Approximate Number of<br>Acres | (3)<br>County and<br>State | (4)<br>Approximate Distance and<br>Direction from a Named<br>Town or other Description |
|---|---|---|---|
|  |  |  |  |

Including all entitlements, benefits, and payments from all state and federal farm programs; all crop indemnity payments; all payment intangibles arising from said crops and all general intangibles arising from said crops; and all peanut and tobacco poundage allotments and quotas existing on or leased and transferred or to be leased and transferred to the above described farms as well as any proceeds derived from the conveyance or lease and transfer by the Debtor to any subsequent party;

**\*Owner shown in related Financing Statement, except if informed of ownership change show reputed new owner.**

Page 1 of 4

B.  All farm and other equipment (except small tools and small equipment such as hand tools, power lawn mowers and other items of like type unless described below), and inventory, now owned or hereafter acquired by Debtor, together with all replacements, substitutions, additions, and accessions thereto, including but not limited to the following which are located·in the State(s) of __·WISCONSIN__ :

| (1)<br>Line<br>No. | (2)<br>Quantity | (3)<br>Kind | (4)<br>Manufacturer | (5)<br>Size and Type | (6)<br>Condi-<br>tion | (7)<br>Year of<br>manufac-<br>ture | (8)<br>Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 1 | 1 | TRACTOR | AC | WD | GOOD | 1950 | 55897 |
| 2 | 1 | CHOPPER BOX | GEHL | 910 | GOOD | | 12868 |
| 3 | 1 | CHOPPER BOX | GEHL | 940 | GOOD· | | 26467 |
| 4 | 1 | CORN PLANTER | AC | 600 SERIES | FAIR | | |
| 5 | 1 | GRADER BLADE | GRATZ | 8' | GOOD | | |
| 6 | 1 | TRACTOR | AC | D17 | GOOD | 1962 | 34453 |
| 7 | 1 | TRACTOR | A/C | 210D | GOOD | 1973 | 2388 |
| 8 | 2 | BALE RACKS | H&S | 9' X 16' | GOOD | | |
| 9 | 1 | OFFSET DISC | TAYLOR WAY | 24" BLADE | GOOD | | |
| 10 | 1 | SPREADER | NEW IDEA | 3632 | GOOD | 1995 | |
| 11 | 1 | TRACTOR | AC | 170 | GOOD | | 9345 |
| 12 | 1 | COMBINE | AC GLEANER | | GOOD | | |
| 13 | 1 | TRACTOR | AC | 7080 | GOOD | 1977 | 2200 |
| 14 | 1 | TRACTOR | AC | 190 | GOOD | 1971 | 2900057 SERIES 3 |
| 15 | 1 | TRACTOR | AC | 180D | GOOD | 1968 | 3000027 |
| 16 | 1 | TRACTOR | AC | 180G | GOOD | 1973 | 7781 |
| 17 | 1 | TRACTOR | AC | 180G | GOOD | 1969 | 7404 |
| 18 | 1 | TRACTOR | AC | D19 | GOOD | 1963 | 4431 |
| 19 | 1 | TRACTOR | AC | D17 | GOOD | 1959 | 22692 |
| 20 | 1 | TRACTOR | AC | D17 | GOOD | 1959 | 34453 |
| 21 | 1 | TRACTOR | AC | WD45 | GOOD | 1955 | 190679 |
| 22 | 1 | TRACTOR WIDE FRONT | AC | WD45 | GOOD | 1955 | 212708 |
| 23 | 1 | TRACTOR NARROW FRONT | AC | WD45 | GOOD | 1953 | 148755 |
| 24 | 1 | TRACTOR | AC | WC | GOOD | 1937 | 34434 |
| 25 | 1 | TRACTOR | AC | WC | GOOD | 1943 | 120505 |
| 26 | 1 | TRACTOR W/MOWER | AC | WD | GOOD | 1950 | 96743 |
| 27 | 1 | PLOW | AC | 6/18 | GOOD | | |
| 28 | 1 | PLOW | AC | 6/16 | GOOD | | |
| 29 | 1 | CHISEL PLOW | AC | 10 POINT | GOOD | | |
| 30 | 2 | WING DISC | AC | 15' AND 13' | GOOD | | |
| 31 | 1 | STEEL DRAG | | 24' | FAIR | | |
| 32 | 1 | QUACK DIGGER | | 13' | FAIR | | |

| (1) Line No. | (2) Quantity | (3) Kind | (4) Manufacturer | (5) Size and Type | (6) Condition | (7) Year of manufacture | (8) Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 33 | 1 | GRAIN DRILL | AC | 12' | GOOD | | |
| 34 | 1 | CORN PLANTER | AC | 333 | GOOD | | |
| 35 | 1 | CULTIMULCHER | BRILLION | 15' | GOOD | | |
| 36 | 1 | CULTIVATOR | AC | 4 ROW | GOOD | | |
| 37 | 1 | HAYBINE | NEW HOLLAND | 479 | FAIR | | |
| 38 | 1 | BALER | NEW HOLLAND | 252 | GOOD | | |
| 39 | 1 | ROUND BALER | GEHL | 1600 | GOOD | | |
| 40 | 1 | BLOWER | GEHL | 99 | GOOD | | |
| 41 | 1 | TRACTOR | AC | 7060 | GOOD | 1976 | 1239 |
| 42 | 2 | CORN PICKERS | NI | PULL/MOUNT | GOOD | | |
| 43 | 1 | SKID STEER | GEHL | 360 | GOOD | | 750 HRS/20 HORSE |
| 44 | 1 | TRACTOR | AC | D21 | GOOD | | |
| 45 | 1 | TRACTOR | AC | 170 | GOOD | | 8978 |
| 46 | 1 | CHOPPER W/BOTH HEADS | GEHL | 1200 | GOOD | | |
| 47 | 2 | RAKES | NEW IDEA | 404 | GOOD | | |
| 48 | 4 | FLAT RACKS | | 8 X 16 | GOOD | | |
| 49 | 1 | ELEVATOR | OWATONNA | 50' | GOOD | | |
| 50 | 1 | ELEVATOR | LITTLE GIANT | 36' | GOOD | | |
| 51 | 1 | CHOPPER | AC | 782, 2 ROW | GOOD | | |
| 52 | 1 | FLAIL CHOPPER | GEHL | | GOOD | | |
| 53 | 3 | CHOPPER BOXES | GEHL | 910 | GOOD | | |
| 54 | 1 | BLOWER | AC | 60" | GOOD | | |
| 55 | 1 | BLOWER | AC | 60" | GOOD | | |
| 56 | 1 | BLOWER | AC | 48" | GOOD | | |
| 57 | 5 | GRAVITY BOXES | J&M | 200 BU. | GOOD | | |
| 58 | 1 | MIXER MILL | GEHL | 125 | GOOD | 1990 | |
| 59 | 1 | GENERATOR | WINDPOWER | | GOOD | | |
| 60 | 1 | RECUTTER BLOWER | GEHL | 800 | GOOD | | |
| 61 | 1 | MANURE SPREADER | NEW IDEA | 375 BU | GOOD | | |
| 62 | 1 | CHOPPER BOX | GEHL | 810 | GOOD | | |
| 63 | 1 | TRACTOR (XT SERIES 3) | AC | 190 XT | GOOD | | 27000007 |
| 64 | 1 | COMBINE - 3 HEADS | AC (74L) | GLEANER | GOOD | 1972 | |
| 65 | 4 | BALE RACKS | | | GOOD | | |

Page 3 of 4

| (1)<br>Line<br>No. | (2)<br>Quantity | (3)<br>Kind | (4)<br>Manufacturer | (5)<br>Size and Type | (6)<br>Condi-<br>tion | (7)<br>Year of<br>manufac-<br>ture | (8)<br>Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 66 | 1 | HAYBINE | NEW IDEA | 5209 9 FT. | GOOD | 1994 | |

(9) Including the following described fixtures which are affixed or are to be affixed to real estate; as-extracted collateral; or timber to be cut, all of which, together with the associated real estate, are more particularly described as follows (*include legal description of the land*):


C.  All livestock (except livestock and poultry kept primarily for subsistence purposes), fish, bees, birds, furbearing animals, other animals produced or used for commercial purposes, other farm products, and supplies, now owned or hereafter acquired by Debtor, together with all increases, replacements, substitutions, and additions thereto, including but not limited to the following located in the
State(s) __WISCONSIN__ :

| (1)<br>Line<br>No. | (2)<br>Quantity | (3)<br>Kind-sex | (4)<br>Breed | (5)<br>Color | (6)<br>Weight,<br>average<br>weight | (7)<br>Age or<br>age<br>range | (8)<br>Brands or other<br>Identification |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |


D.  All accounts, deposit accounts, goods, supplies, inventory, supporting obligations, investment property, certificates of title, payment intangibles, and general intangibles, including, but not limited to the following:

Proceeds from Brian Duerst from the sale of milk