IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>DUERST FARM LLC,<br>KENT PAUL DUERST, and<br>THE BANK OF NEW GLARUS,<br><br>              Defendants. | Case Number 10-cv-00219-bbc |

## JUDGMENT OF FORECLOSURE AND SALE

The above action coming on to be heard on the 11th day of August, 2010, the

Office of the United States Attorney for the Western District of Wisconsin, appearing for

the plaintiff, United States of America ("Plaintiff"), and due proof having been made

and filed showing service of the summons and complaint herein on all of the

defendants, unless service of the summons was waived, in which case a signed waiver

form has been filed with the Court for said defendants; and it appearing by the

declaration of Megan McDermott, Assistant United States Attorney, Office of the

United States Attorney for the Western District of Wisconsin, that the time for

answering the complaint has expired, that no answer or other response has been served

upon or received by Plaintiff's attorney from any of the defendants, except as may be

set forth in the declaration of Megan McDermott, Assistant United States Attorney,

Office of the United States Attorney, attorney for Plaintiff; and the Clerk having entered the default of Defendants Duerst Farm LLC and Kent Paul Duerst; and Plaintiff and Defendant The Bank of New Glarus having entered a stipulation for judgment; and it appearing that notice of application for judgment was mailed to each of the defendants herein, and a certificate of service by mail was filed with the Clerk of the United States District Court for the Western District of Wisconsin; and proofs of the matters and things alleged in the complaint and the computation of the amounts due Plaintiff having been duly taken in open court, and the Court having filed its Findings of Fact and Conclusions of Law;

Now therefore, on application of the Office of the United States Attorney for the Western District of Wisconsin, attorney for Plaintiff;

1.    IT IS HEREBY ORDERED that there is now due and owing to Plaintiff as of and including the 11th day of August, 2010, under the provisions of the promissory notes, security agreement, financing statement, and statement of continuation the following amounts:

SEE ATTACHMENT "A".

2.    IT IS FURTHER ORDERED that the defendants have no further legal or equitable interest in the property, subject to Defendant The Bank of New Glarus's rights to proceeds specified in paragraph 6 herein, and that Plaintiff is entitled to immediate possession of the items of security on which Farm Service Agency has a security interest, set out in the complaint on file herein, as listed below:

SEE ATTACHMENT "B".

2

3.     IT IS FURTHER ORDERED that Plaintiff may exercise its right to have execution issued and require the United States Marshal to take possession of said items of security at any time after the date of this judgment, and deliver the items of security to Plaintiff, and that a writ of execution issue if necessary to secure such possession.

4.     IT IS FURTHER ORDERED that these items of security, described in paragraph 2 above, may be sold individually or as a whole at public or private sale by or under the direction of the United States Marshal or Farm Service Agency.

5.     IT IS FURTHER ORDERED that if these items of security, described in paragraph 2 above, are sold, the United States shall deposit the proceeds thereof, after deducting the costs and expenses of the sale.

6.     IT IS FURTHER ORDERED that Defendant The Bank of New Glarus has a first priority lien in the following personal property and equipment of Defendant Kent Paul Duerst:

> Gehl 4600 serial 2411 skidloader
> 1972 Alice-Chalmers 220 factory cab 2743 tractor
> 1972 Alice-Chalmers 220 2626 tractor
> 1961 Alice-Chalmers D15 Series 1 2360 tractor
> Alice Chalmers 18 foot field cultivator

Pursuant to the stipulation for judgment between The Bank of New Glarus and the United States dated July 16, 2010, the proceeds of the sale of the items specified in this paragraph shall be paid first to Defendant The Bank of New Glarus up to the amounts owing under the Bank's note dated April 30, 2009, then to Plaintiff.

3

7. IT IS FURTHER ORDERED that unless otherwise ordered by the Court, shall thereupon pay from the proceeds of said sale to Plaintiff the sum of:

SEE ATTACHMENT "A"

the amount of said judgment, together with interest on all of said sums at the rate of zero and twenty-seven one-hundredths percent (0.27%) per annum from the date hereof, or so much thereof as the moneys derived from the sale of said items of security will pay the same, and take receipts therefor; that the surplus money, if any, shall be subject to the further order of the Court.

8. IT IS FURTHER ORDERED that if the proceeds of such sale be insufficient to pay the amounts aforesaid, Plaintiff may report the amount of the deficiency to the court.  Deficiency judgment is not being sought herein.

9. IT IS FURTHER ORDERED that the defendants, their heirs, successors or assigns, and all persons claiming under them, be forever barred and foreclosed of all right, title, interest, and equity of redemption in said collateral, except as provided in Paragraph 6 above.

10. IT IS FURTHER ORDERED that defendants and all persons claiming under them be and they are hereby enjoined from doing any act that may impair the value of the collateral.

4

Dated this _11th_ day of August, 2010.

BY THE COURT:

_Barbara B Crabb_

BARBARA B. CRABB
~~Chief~~ United States District Judge
Western District of Wisconsin

Entered at Madison, Wisconsin, this _11th_ day of August, 2010.

_Peter Oppeneer_

PETER OPPENEER
Clerk of Court
United States District Court
Western District of Wisconsin

**ATTACHMENT A**

<u>UNITED STATES OF AMERICA v. DUERST FARM LLC, et al.</u>
Case Number 10-cv-00219-bbc

a.  Principal as of August 11, 2010          $158,994.64

b.  Interest as of August 11, 2010          $  33,683.36

      Subtotal                                           $192,678.00

c.  Court Costs and Disbursements:

    (1)  Attorney's Fees                 $      200.00
    (2)  Marshal's Fees                  $      192.00

      Subtotal:                                        $      392.00

**TOTAL AS OF AUGUST 11, 2010**                    **$193,070.00**

# ATTACHMENT B

## UNITED STATES OF AMERICA v. DUERST FARM LLC, et al.
### Case Number 10-cv-00219-bbc

## LIST OF ITEMS OF SECURITY

A. All crops, annual and perennial, and other plant or farm products now planted, growing or grown, or harvested or which are planted after this instrument is signed or otherwise become growing or harvested crops or other plant products (a) within the one-year period or any longer period of years permissible under State law, or (b) at any time after this instrument is signed if no fixed maximum period is prescribed by State law, including the crops and plant products now planted, to be planted, growing or grown or harvested on the following described real estate:

| (1)<br>Farm(s) or Other Real Estate<br>*Owner | (2)<br>Approximate Number of<br>Acres | (3)<br>County and<br>State | (4)<br>Approximate Distance and<br>Direction from a Named<br>Town or other Description |
|---|---|---|---|
| | | | |

Including all entitlements, benefits, and payments from all state and federal farm programs; all crop indemnity payments; all payment intangibles arising from said crops and all general intangibles arising from said crops; and all peanut and tobacco poundage allotments and quotas existing on or leased and transferred or to be leased and transferred to the above described farms as well as any proceeds derived from the conveyance or lease and transfer by the Debtor to any subsequent party;

**\*Owner shown in related Financing Statement, except if informed of ownership change show reputed new owner.**

B.   All farm and other equipment (except small tools and small equipment such as hand tools, power lawn mowers and other items of like type unless described below), and inventory, now owned or hereafter acquired by Debtor, together with all replacements, substitutions, additions, and accessions thereto, including but not limited to the following which are located·in the State(s) of __WISCONSIN__ :

| (1)<br>Line<br>No. | (2)<br>Quantity | (3)<br>Kind | (4)<br>Manufacturer | (5)<br>Size and Type | (6)<br>Condi-<br>tion | (7)<br>Year of<br>manufac-<br>ture | (8)<br>Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 1 | 1 | TRACTOR | AC | WD | GOOD | 1950 | 55897 |
| 2 | 1 | CHOPPER BOX | GEHL | 910 | GOOD | | 12868 |
| 3 | 1 | CHOPPER BOX | GEHL | 940 | GOOD | | 26467 |
| 4 | 1 | CORN PLANTER | AC | 600 SERIES | FAIR | | |
| 5 | 1 | GRADER BLADE | GRATZ | 8' | GOOD | | |
| 6 | 1 | TRACTOR | AC | D17 | GOOD | 1962 | 34453 |
| 7 | 1 | TRACTOR | A/C | 210D | GOOD | 1973 | 2388 |
| 8 | 2 | BALE RACKS | H&S | 9' X 16' | GOOD | | |
| 9 | 1 | OFFSET DISC | TAYLOR WAY | 24" BLADE | GOOD | | |
| 10 | 1 | SPREADER | NEW IDEA | 3632 | GOOD | 1995 | |
| 11 | 1 | TRACTOR | AC | 170 | GOOD | | 9345 |
| 12 | 1 | COMBINE | AC GLEANER | | GOOD | | |
| 13 | 1 | TRACTOR | AC | 7080 | GOOD | 1977 | 2200 |
| 14 | 1 | TRACTOR | AC | 190 | GOOD | 1971 | 2900057 SERIES 3 |
| 15 | 1 | TRACTOR | AC | 180D | GOOD | 1968 | 3000027 |
| 16 | 1 | TRACTOR | AC | 180G | GOOD | 1973 | 7781 |
| 17 | 1 | TRACTOR | AC | 180G | GOOD | 1969 | 7404 |
| 18 | 1 | TRACTOR | AC | D19 | GOOD | 1963 | 4431 |
| 19 | 1 | TRACTOR | AC | D17 | GOOD | 1959 | 22692 |
| 20 | 1 | TRACTOR | AC | D17 | GOOD | 1959 | 34453 |
| 21 | 1 | TRACTOR | AC | WD45 | GOOD | 1955 | 190679 |
| 22 | 1 | TRACTOR WIDE FRONT | AC | WD45 | GOOD | 1955 | 212708 |
| 23 | 1 | TRACTOR NARROW FRONT | AC | WD45 | GOOD | 1953 | 148755 |
| 24 | 1 | TRACTOR | AC | WC | GOOD | 1937 | 34434 |
| 25 | 1 | TRACTOR | AC | WC | GOOD | 1943 | 120505 |
| 26 | 1 | TRACTOR W/MOWER | AC | WD | GOOD | 1950 | 96743 |
| 27 | 1 | PLOW | AC | 6/18 | GOOD | | |
| 28 | 1 | PLOW | AC | 6/16 | GOOD | | |
| 29 | 1 | CHISEL PLOW | AC | 10 POINT | GOOD | | |
| 30 | 2 | WING DISC | AC | 15' AND 13' | GOOD | | |
| 31 | 1 | STEEL DRAG | | 24' | FAIR | | |
| 32 | 1 | QUACK DIGGER | | 13' | FAIR | | |

Page 2 of  4

| (1) Line No. | (2) Quantity | (3) Kind | (4) Manufacturer | (5) Size and Type | (6) Condi-tion | (7) Year of manufac-ture | (8) Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 33 | 1 | GRAIN DRILL | AC | 12' | GOOD | | |
| 34 | 1 | CORN PLANTER | AC | 333 | GOOD | | |
| 35 | 1 | CULTIMULCHER | BRILLION | 15' | GOOD | | |
| 36 | 1 | CULTIVATOR | AC | 4 ROW | GOOD | | |
| 37 | 1 | HAYBINE | NEW HOLLAND | 479 | FAIR | | |
| 38 | 1 | BALER | NEW HOLLAND | 252 | GOOD | | |
| 39 | 1 | ROUND BALER | GEHL | 1600 | GOOD | | |
| 40 | 1 | BLOWER | GEHL | 99 | GOOD | | |
| 41 | 1 | TRACTOR | AC | 7060 | GOOD | 1976 | 1239 |
| 42 | 2 | CORN PICKERS | NI | PULL/MOUNT | GOOD | | |
| 43 | 1 | SKID STEER | GEHL | 360 | GOOD | | 750 HRS/20 HORSE |
| 44 | 1 | TRACTOR | AC | D21 | GOOD | | |
| 45 | 1 | TRACTOR | AC | 170 | GOOD | | 8978 |
| 46 | 1 | CHOPPER W/BOTH HEADS | GEHL | 1200 | GOOD | | |
| 47 | 2 | RAKES | NEW IDEA | 404 | GOOD | | |
| 48 | 4 | FLAT RACKS | | 8 X 16 | GOOD | | |
| 49 | 1 | ELEVATOR | OWATONNA | 50' | GOOD | | |
| 50 | 1 | ELEVATOR | LITTLE GIANT | 36' | GOOD | | |
| 51 | 1 | CHOPPER | AC | 782, 2 ROW | GOOD | | |
| 52 | 1 | FLAIL CHOPPER | GEHL | | GOOD | | |
| 53 | 3 | CHOPPER BOXES | GEHL | 910 | GOOD | | |
| 54 | 1 | BLOWER | AC | 60" | GOOD | | |
| 55 | 1 | BLOWER | AC | 60" | GOOD | | |
| 56 | 1 | BLOWER | AC | 48" | GOOD | | |
| 57 | 5 | GRAVITY BOXES | J&M | 200 BU. | GOOD | | |
| 58 | 1 | MIXER MILL | GEHL | 125 | GOOD | 1990 | |
| 59 | 1 | GENERATOR | WINDPOWER | | GOOD | | |
| 60 | 1 | RECUTTER BLOWER | GEHL | 800 | GOOD | | |
| 61 | 1 | MANURE SPREADER | NEW IDEA | 375 BU | GOOD | | |
| 62 | 1 | CHOPPER BOX | GEHL | 810 | GOOD | | |
| 63 | 1 | TRACTOR (XT SERIES 3) | AC | 190 XT | GOOD | | 27000007 |
| 64 | 1 | COMBINE – 3 HEADS | AC (74L) | GLEANER | GOOD | 1972 | |
| 65 | 4 | BALE RACKS | | | GOOD | | |

Page 3 of 4

| (1) Line No. | (2) Quantity | (3) Kind | (4) Manufacturer | (5) Size and Type | (6) Condition | (7) Year of manufacture | (8) Serial or Model No. |
|---|---|---|---|---|---|---|---|
| 66 | 1 | HAYBINE | NEW IDEA | 5209 9 FT. | GOOD | 1994 | |

(9) Including the following described fixtures which are affixed or are to be affixed to real estate; as-extracted collateral; or timber to be cut, all of which, together with the associated real estate, are more particularly described as follows (*include legal description of the land*):

   C.  All livestock (except livestock and poultry kept primarily for subsistence purposes), fish, bees, birds, furbearing animals, other animals produced or used for commercial purposes, other farm products, and supplies, now owned or hereafter acquired by Debtor, together with all increases, replacements, substitutions, and additions thereto, including but not limited to the following located in the
State(s)___WISCONSIN___;

| (1) Line No. | (2) Quantity | (3) Kind-sex | (4) Breed | (5) Color | (6) Weight, average weight | (7) Age or age range | (8) Brands or other identification |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

   D.  All accounts, deposit accounts, goods, supplies, inventory, supporting obligations, investment property, certificates of title, payment intangibles, and general intangibles, including, but not limited to the following:
   Proceeds from Brian Duerst from the sale of milk

Page 4 of  4